

**IN THE**
**TENTH COURT OF APPEALS**

———————————

**Nos. 10-20-00303-CV; 10-20-00304-CV; 10-20-00305-CV;**
**10-20-00306-CV; 10-20-00307-CV;**
**10-20-00308-CV**

**IN RE ALFRED LEE STONE**

———————————

**Original Proceeding**

**From the 12th District Court**
**Walker County, Texas**
**Trial Court Nos. 12-0084; 14-0076; 18-2902; 19-29K; 20-466; 20-625C**

## MEMORANDUM OPINION

In one motion, Relator, Alfred Lee Stone, a prison inmate, moved to rescind the Respondent's order of withdrawal in these six trial court cases: 12-0084, 14-0076, 18-2902, 19-29K, 20-466, and 20-625C. According to Relator, Respondent, the trial court, refused to rule, and the motion was returned to Relator by the District Clerk's Office. In a petition for writ of mandamus filed on November 24, 2020, Relator requested a mandamus from this Court ordering Respondent to rule on Relator's motion in all six cases.

After requesting a response, we received an order from Respondent indicating that only one of the withdrawal orders mentioned in Relator's petition originated in Respondent's court; that being case number 20-466. Respondent denied Relator's Motion to Rescind to the extent it had jurisdiction.

Accordingly, Relator's Petition for Writ of Mandamus pertaining to case number 20-466, that being docket number 10-20-00307-CV, is dismissed as moot.

Because the remaining petitions for writ of mandamus were directed toward Respondent's failure to rule on motions not pending in Respondent's court and thus not within Respondent's jurisdiction, those petitions, numbered 10-20-00303-CV, 10-20-00304-CV, 10-20-00305-CV, 10-20-00306-CV, and 10-20-00308-CV, are denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Neill, and
     Justice Johnson
Petition dismissed
Petitions denied
Opinion delivered and filed January 20, 2021
[OT06]

